

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      Richard Calvert and Melissa Calvert Morris v. Deborah Calvert Crawley, Robert D. Calvert, Jr., and Laura Calvert Bates

Appellate case number:    01-20-00105-CV

Trial court case number:   271290-403

Trial court:              County Probate Court No. 4 of Harris County

Appellants, Richard Calvert and Melissa Calvert Morris, timely filed their notice of appeal on January 29, 2020. Appellants' filing date established a deadline of February 12, 2020, for any other party wishing to file a notice of appeal. On February 20, 2020, appellees/cross-appellants, Deborah Calvert Crawley, Robert D. Calvert, Jr., and Laura Calvert Bates, filed their "Notice of Conditional Cross-Appeal." On March 31, 2020, the Clerk of this Court notified appellees/cross-appellants that the cross-appeal was subject to dismissal for want of jurisdiction because the notice of conditional cross-appeal did not appear to be timely filed. Appellees/cross-appellants responded with a "Motion to Extend Time to File Notice of Conditional Cross-Appeal," in which they provide a reasonable explanation for the failure to file the notice of cross-appeal timely.[1] *See* TEX. R. APP. P. 10.5(b)(1)(C), 26.3; *see also Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1996) (explaining, although motion for extension is implied, appellant must provide reasonable explanation for failing to file notice of appeal timely). Accordingly, we **grant** appellees'/cross-appellants' "Motion to Extend Time to File Notice of Conditional Cross-Appeal."

---

[1]     A motion for extension of time to file a notice of appeal is implied when a party, acting in good faith, files a notice of appeal beyond the time allowed by rule 26.1, but within the fifteen-day extension period provided by rule 26.3. *See* TEX. R. APP. P. 26.1, 26.3; *Verburgt v. Dorner*, 959 S.W.2d 615, 617–18 (Tex. 1997).

Appellees/cross-appellants have also filed a "Motion for Leave to Assert Cross-Appeal Points in the Appellee[s'] Brief." The motion is **denied**. Cross-Appellants' brief, if any, is due 30 days from the date of this order.

It is so ORDERED.

Judge's signature: _____/s/ Evelyn V. Keyes_____
                       ☑ Acting individually    ☐ Acting for the Court

Date: ___April 14, 2020____